================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------
No. 98
In the Matter of the Hon. Jeffrey
P. Dorrance, a Town Justice,
Green Island Town Court, Albany
County.



*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


On the Court's own motion, it is determined that Honorable
Jeffrey P. Dorrance is suspended, with pay, effective
immediately, from the office of Justice of the Green Island Town
Court, Albany County, pursuant to New York Constitution, article
VI, § 22(f) and Judiciary Law § 44(8)(b).  Chief Judge Lippman
and Judges Read, Pigott, Rivera, Abdus-Salaam, Stein and Fahey
concur.

Decided March 26, 2015